**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| XAVIER BECTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    **NO. 3:16-cv-02282** |
| | )    **CHIEF JUDGE CRENSHAW** |
| CORRECTIONS CORPORATION OF | ) |
| AMERICA, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge, to which no timely objections have been filed. (Doc. No. 51.) The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Defendant Correct Care Solutions, LLC's ("CCS") motion to dismiss (Doc. No. 37) is **GRANTED** and all claims against CCS are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE