# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| XAVIER BECTON, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:16-cv-02282 |
| | ) CHIEF JUDGE CRENSHAW |
| CCA, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 85), recommending that the Court dismiss the case. Plaintiff did not file timely objections. After a de novo review, the Report and Recommendation is **ADOPTED**.

Accordingly, Sandra Grisham's Motion to Dismiss (Doc. No. 64); Jonathan Rickaway's Motion for Summary Judgment (Doc. No. 69); and Sandra Grisham, Virginia Cox, and Anna Taylor's Motion for Summary Judgment (Doc. No. 81) are **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE